UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BENJAMIN RODRIGUEZ,

Defendant.

18 Cr. 763 (PAE)
19 Cr. 142 (PAE)

For the reasons set forth on the record on February 9, 2026, and without objection from any party, the Court hereby modifies the terms and conditions of defendant Benjamin Rodriguez's supervised release to include the following:

1.    You will participate in an outpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

All other previously imposed terms and conditions of supervised release remain in effect.

DATED: February 10, 2026

SO ORDERED:

_____
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK