**KENNETH J. MONTGOMERY**
ATTORNEY AT LAW

396 WAVERLY AVENUE
SUITE A
BROOKLYN, NEW YORK 11238
Email:KEN@KJMONTGOMERYLAW.COM

Tel:(718)403-9261
Fax: (347) 402-7103

Admitted NY

September 2, 2026

**VIA: ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

**Re**: United States v.Benjamin Rodriguez
Docket # 18 Cr 763

Dear Judge Engelmayer,

Counsel respectfully advises the Court that, through inadvertent oversight, the defense did not timely file its sentencing submission. The defense with the Court's permission would be filing our sentencing submission by Friday, September 4, 2026. Accordingly, the defense requests a brief adjournment of Mr. Rodriguez's sentencing, previously scheduled for September 8, 2026, to permit the Court adequate time for review.

I respectfully request that the sentencing be adjourned to either September 16 or September 22, 2026. I have communicated with the Government, who are flexible regarding the adjournment date. Thank you for the Court's time and consideration.

Respectfully submitted,

By: /s/*Kenneth J. Montgomery*//
Law Office of Kenneth Montgomery
396 Waverly Ave,
Brooklyn, New York
Tel: 917-770-5590
Email: ken@kjmontgomerylaw.com

*Attorney for Benjamin Rodriguez*

Sentencing is rescheduled for September 22, 2026, at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 32.

9/3/2026

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge